UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| ALLEN BEASLEY, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. C-10-400 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## ORDER ADOPTING MEMORANDUM AND RECOMMENDATION

On April 14, 2011, United States Magistrate Judge B. Janice Ellington signed a

Memorandum and Recommendation recommending that the respondent's motion for summary

judgment (D.E. 24) be granted and the petitioner's cause of action be dismissed with prejudice

because the unexhausted claims are procedurally barred and neither his exhausted nor

unexhausted claims have merit.  The Memorandum and Recommendation recommended further

that a Certificate of Appealability be denied.  A copy of the Memorandum and Recommendation

was mailed to petitioner with a card to be returned indicating his receipt of the mailing.  The card

has not been returned by petitioner nor has the mailing been returned by the U.S. Post Office as

undeliverable.  Therefore, seeing no objection to this recommendation by either party and having

now reviewed the recommendation, this Court hereby adopts as its own the Memorandum and

Recommendation as the decision of the Court.  Accordingly, it is

ORDERED that respondent's motion for summary judgment is granted and petitioner's

cause of action is dismissed with prejudice.  Certifificate of Appealability is denied.

1 / 2

The clerk shall enter this order and provide a copy to all parties.

SIGNED and ORDERED this 7th day of June, 2011.

Janis Graham Jack
Senior United States District Judge